STATE OF CONNECTICUT *v.* RICHARD A. DAVID

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted subject to the limitation that only the eighth assignment of error will be considered and the printed record shall include only such material as is relevant to that assignment.

*Peter Marcuse,* in support of the petition.

*Raymond J. Quinn, Jr.,* assistant prosecuting attorney, and *T. Gordon Hutchinson,* prosecuting attorney, in opposition.

Submitted October 23, 1962—decided June 11, 1963

STATE OF CONNECTICUT *v.* DONALD E. JAMES

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied on the ground that (1) it was conceded that the judgment file offered was the original judgment file and (2) the defect in the original judgment file, under the rule of cases such as *Banach* v. *Bohinski,* 107 Conn. 156, 139 A. 688, and *State* v. *Leopold,* 110 Conn. 55, 147 A. 118, was not raised in the trial court. Nothing herein is to be construed as approving the opinion of the Appellate Division so far as it is based on other grounds.

*Irwin I. Krug,* in support of the petition.